UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION NO. |
| v. | 1:12-CR-383-1-CAP |
| HEATH KELLOGG, | |

### O R D E R

This matter is before the court on the report and recommendation (R&R) of the magistrate judge [Doc. No. 162]. Defendant Heath Kellogg filed objections to the R&R [Doc. No. 168].

After carefully considering the R&R and reviewing the defendant's objections, the court overrules the objections receives the R&R with approval and adopts it as the opinion and order of the court.

**SO ORDERED** this 1st day of August, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge