UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEATH J. KELLOGG,<br><br>  Movant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CRIMINAL ACTION NO.<br>1:12-CR-383-CAP-1<br>CIVIL ACTION NO.<br>1:18-CV-3773-CAP-JCF |

**O R D E R**

This action is before the court on the Report and Recommendation ("R&R") of the magistrate judge [Doc. No. 406], there being no objections thereto. Having read and considered the R&R, the court receives it with approval, and it is ADOPTED as the opinion and order of this court.

The clerk is DIRECTED terminate the civil action associated with this matter.

**SO ORDERED** this 1st day of September, 2021.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge